UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CRIMINAL ACTION NO: 3:24-CR-00033-CHB-CHL-2

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

ANYELLE CURTLEY, SR.                                        DEFENDANT

## ANYELLE CURTLEY SR.'S RESPONSE TO ANTOYNE PENICK'S UNOPPOSED MOTION TO CONTINUE TRIAL (DE# 294).

Comes the defendant, Anyelle Curtley Sr., by counsel and offers the following as his response to the Motion to Continue Trial filed by co-defendant Antoyne Penick. (DE # 294). Mr. Curtley Sr. does not object and in fact joins this motion for the same reasons stated therein. Mr. Nash, like Ms. Kamenish, was only recently appointed to this case and more time is needed for discovery review and trial preparation. Further, there has been no decision made concerning whether the government will be seeking the death penalty. Because a capital trial differs substantially from a non-capital trial, it is respectfully submitted that it would be premature to schedule a trial date at this time.

The requested continuance, if granted, is excludable time under the Speedy Trial Act. Pursuant to 18 U.S.C. § 3161 (h)(7)(B)(ii) when, given the nature of the prosecution, it is unreasonable to expect adequate preparation for trial within the time limits established by the Speedy Trial Act, this Court may grant a continuance and exclude from speedy trial calculations the delay resulting from the continuance because the ends of justice are served by taking such

action. 18 U.S.C. § 3161 (h)(7)(A). Further, because the failure to grant the requested continuance would deny undersigned counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, the requested continuance should be granted to serve the ends of justice and the resultant delay excluded from speedy trial calculations. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv).

Respectfully submitted,


/s/ PATRICK F. NASH
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 254-3232
Fax: (859) 225-4746
E-mail: pfnash@nashmarshall.com

AND

/s/ JENNIFER H. CULOTTA
CULOTTA &CULOTTA, LLP
815 E. MARKET STREET
NEW ALBANY, IN 47150
TELEPHONE: 812-913-6989
FAX: 812-941-8883
jennifer@culottalaw.com

ATTORNEYS FOR ANYELLE
CURTLEY, SR.


## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.


/s/ PATRICK F. NASH